# VICTIM/PLAINTIFF'S STATEMENT OF WHAT HAPPENED MARCH 3, 2015

    

# AFFIDAVIT

## VICTIM/PLAINTIFF STATEMENT OF WHAT HAPPENED MARCH 3, 2015

I, Nassor Mooruts Bey, ex.relatione, VICTOR LEON WASHINGTON, In Propria persons, sui juris Aboriginal/Indigenous, Moorish American National. All Rights Reserved without Prejudice UCC 1-207 / 1-308 UCC 1-103. This is my statement of what happened.

Around 12pm on March 3, 2015 I was traveling on my way to work and noticed that police were stopping people on Nebraska Avenue about two blocks from Bird Street, and as usual, I put on my blinker turn signal to make a left on Bird; and then a police cruiser pulled up behind me.

### ILLEGAL STOP, AND POLICE TERROISM WITH A DEADLY WEAPON

I then pulled over into a parking lot, and stopped. I put on my Moorish Fez. I could see a police man in my rearview mirror, and he got out of his cruiser reaching for his gun and unbuckling his strap saying, "keep your hands on the sheering wheel." (twice)

So, I kept my hands on the steering wheel, and he came up to my window and stated something to the effect that he stopped me because I did not have tags.

But, our 2001 Ford Truck had the valid Moorish American Tags belonging to me and my wife, Nura Washington Bey on my truck which is listed on the DO NOT STOP and DO NOT DETAIN list with the rest of our other automobiles. I also had a sticker that shows, "NOT FOR HIRE" that indicates no commercial activity because I was just traveling to go to work.

Then he said something to the effect; if I had a driver's license, and I replied, I didn't need one because I have the right to travel.

Nothing unusual, I just started getting my lawful Moorish American Identification Card out of my billfold, and when I was retrieving it for him; another police man noticed my work CDL driver's license as I was taking out my Moorish American Identification, and handed it to the first police man.

### POLICE GANG INTIMIDATION

By that time, at least two other police cars drove up, and a police motor cycle.

### DE-NATIONALIZATION

When he looked at my Moorish American Identification, he said to the effect; exit the vehicle or get out of the vehicle, and then I replied, to the effect that I didn't do anything wrong, and you will have to take me out.

### ASSAULT, ILLEGAL SEARCH AND SEIZURE

The police man actually put his right hand on my arm, and he put hand cuffs on me and started searching through my pockets.

He did not read me any rights, and he did not have a search warrant to search me and my wife's truck.

And I told him, that I do not consent to you searching me.

Then I saw them searching through my truck, and I told them that I do no consent to you searching through my truck. I told them at least three times. They even got the VIN# off of the truck.

### FALSE ARREST NO WARRANT – NO MIRANDIZING – NO SEARCH WARRANT

They put me inside their police cruiser, and I was detained in hand-cuffs - in back of their cruiser for about 30 minutes when one of the police men came and asked "is this yours" and since I don't answer to the legal-fiction NAME when I was just privately traveling to go to work – I shook my head "NO" The police man got upset because I didn't answer him twice.

Then that particular police stated to the effect "Take him down and book em"

The arresting police man STEPHEN HILES Badge #47126 called a dispatcher and asked if they had this vehicle on the "do not stop, do not detain" list. And the dispatcher told them "YES" and the dispatcher stated that they have her, but not him.

### THEFT

Me and my wife's (Nura Washington Bey) truck was taken and towed by the police.

### CRUEL AND UNUSUAL PUNISHMENT

I was detained hand-cuffed in the back of their cruiser for about another 20 minutes; then they switched me to another police cruiser, and took me to the jail on Falkenburg Road.

### REFUSED RIGHT TO COUNSEL

I asked if I could make a phone call, to call counsel or my family. They made me take everything out of my pockets, and the possessions that I had on my body and made a list; a guard and a couple of nurses tried to force me take a blood pressure test, and I told them that I do not consent to a blood pressure test because my own medical records is for me only.

One of the nurses said if you do not take a blood pressure test, we will have to take you to Tampa General.

### DEFAMATION, HUMAN RIGHTS VIOLATIONS

Two paramedics put me on a gurney, and one of the older-in-aged police hand-cuffed me to the gurney rail. This same police told the people at the hospital the "He's one of those sovereigns that don't want to obey the law". Which is defamatory, libelous, and denationalizing because I am not a sovereign citizen, I am an Aboriginal Moorish American.

When they took me to the hospital to force me take the blood pressure test, I told them that I had a constitutional right because my own personal medical records are mine. A nurse came out to tell me that they will have to run some blood tests, and I told her that "I do not consent to you taking my blood!" The nurse told the police man that was there; that they could not take his blood because he did not consent. The hospital did not go against my rights.

The Paramedics took me back to the jail, and a tattooed woman worker dressed in light blue tried to force me to get my blood pressure taken again, and I told them that I do not consent; but the tattooed woman grabbed my hand by force, and took my blood pressure anyway, and told some other people what the reading was.

### CRUEL AND UNUSUAL PUNISHMENT

Two guards took me to this room to remove all of my clothes naked, and put on an orange jump suit. They chained my feet and hands.

Then they proceeded to punish me because I did not consent to them taking by blood, or blood pressure, by taking me to this other room, and made me strip naked again to put on a sleeveless

Page 3 of 7

green padded type jacket in this very cold room of cinder-blocked walls, one toilet, and a sink and a slit for a window. This cold room had a green pad on the floor for a bed – all to punish me for exercising my constitutional rights, human rights, and right bestowed to all by the Supreme All-Seeing, All-Knowing Creator of the Universe.

I lost the sense of time, and do not know how long, but estimating that I spent a full day in that cold room, without a phone call.

Two other guards took me, and other men and women in padded green jackets, and put us in what looked to be a van sized dog cages, and took us to some unknown place, but took me to a different place than the others.

I had to take off the padded green type jacket – naked again, to put on their orange jumpsuit; I was led to a room with a monitor where it appeared to be someone acting as a judge on the monitor. A public male and female defender started handing out contracts for the prisoners to sign that indicated how much money they had to pay bail, and how much could they pay, or pay in property – bargaining like in a flea market.

### REFUSED RIGHT TO COUNSEL

I was never asked if I wanted my own counsel; instead a contract was put in my lap while I was in hand cuffs and chained feet. I simply brushed the paper to the floor, and did not sign any contracts. All of my constitutional rights were violated without option. I did not answer to the legal-fiction WASHINGTON NAME, and the guard stated that court was over and was escorted back to the cell.

A woman Psych doctor came with a nurse and two guards and the Psych Doctor started asking me questions in an unusual elementary type voice as if speaking to a child, such as, "do you feel like hurting yourself" "do you feel like hurting someone else" "do you take any type of medication" and also stated that, "it appears that your blood is high, can we take your blood pressure"

And I replied, "of course it's high, look at what you all have done to me, you've gone against all my constitutional rights" "I do not consent to a blood pressure test" "this is cruel and unusual punishment" "I don't put anything in my body to harm my body"

I also stated that they would not let me use the phone to call for counsel or family, and she stated that if I answered the questions; they would let me make a phone call, and after I answered her questions. She stated that they denied your phone call because they did not finish your booking.

They left, and left me in the same room, but this one had a raised hard cinder-block bed, and I was there for a full night. The regular guards that go around prisoners, offered food, but I refused because all of my human rights, and constitutional rights were violated by the police and I was not supposed to be in there.

The guards offered food and water 3 times and I refused because all of my human rights, and constitutional rights were violated by the police and I was not supposed to be in there.

A man Psych doctor came this time with a nurse and two guards, and the Psych Doctor started asking me questions in the same unusual elementary type voice sounding like a four year old child, started asking questions, such as, "do you feel like hurting yourself" "do you feel like hurting someone else" "I noticed that you have not been eating anything"

I replied, "You don't have to talk to me in that type psychological tone" "this is cruel and unusual punishment"

He asked again to take my blood pressure, and I replied "I do not consent"

One of the guards stated that if you don't answer their questions, or do what they say, they probably won't let you out of here.

I replied, "Thanks for your honesty"

Different, but other male and female psych doctors came back in again at separate times, asked the same harassing questions again, so under threat and duress I went along with them and answered their questions, they took the blood, and blood pressure because they would not let me out of there, and if I did otherwise, I would have to go through the same harassment, like the guard said, and never get out of there.

Since I answered their questions, I asked again, if I can make my phone call, and the female psych doctor stated the same reason, "No because they have not fully booked you yet"

Then they left;

I tried to call out from their recreational room, but the phone calls would not go through.

One guard came and told me it was time to go, and took me to another room with other inmates and had us take off the orange suits, gave me my possessions, and took me to the counter, and under threat, I let them swipe in inside of my mouth to take DNA.

Then I was able to walk outside.

## FALSE SWORN STATEMENTS ON POLICE REPORT

Later my wife Nura Washington Bey, and owner of the 2001 Ford Ranger Truck that was stolen by the police, showed me the CRIMINAL REPORT AFFIDAVIT sword under oath that has the following perjury/lies:

1. **I am NOT a sovereign citizen.** This is a blatant lie, and a foreign Albion of European descent has no authority to label me something that I am not. I am a Moor Al Moroccan/America.

2. **I am NOT black.** This is a blatant lie: and a foreign Albion of European descent has no authority to label me something that I am not. Furthermore, this is a criminal attempt to DE-NATIONALIZE me; in violation of the 8th Amendment of the United States Republic Constitution, United Nations Declaration of Rights of Indigenous people. I am NOT negro, black, colored, african-american, and not 'Cognate' to any 'Nom de Guerre' or any other such like fiction entity; created by the hands of others by way of Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, or scribed in ALL CAPITAL LETTERS). I am a Natural Dweller Freehold by Birthright, Inheritance and Primogeniture, and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true; a Natural Citizen in, of, and on the Lands of my Forefathers - Northwest Amexem / Northwest Africa / North America / Al Morocco / America

3. **Those Florida Statutes 843.02 are denied and false: the police lied:**

    *a.* I have a constitutional right to travel unmolested by the police and/or florida statute to which the United States Constitution is the law of the land, "This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding." *United States Republic Constitution Article VI paragraph 2 supremacy clause*
    *b.* The 2001 Ford Ranger is on an in-force and valid DO-NOT STOP, DO-NOT-DETAIN list. *See Defaulted Affidavit of Constitutional Right to Travel, Notice of Default, Notice of Fault with Opportunity to Cure

    *c. Those Florida Statutes 322.212(1)(a) are denied and false:* The Moorish American Nationality Card is NOT, stolen, fictitious, or counterfeit to the aboriginal Moorish

American People where the State of Florida has no jurisdiction over private matters, this State Statute is unconstitutional and repugnant to:

i. United States Republic Constitutions and Treaties
ii. Declaration Of The Rights Of The Child – International Law - 1959: Principle 3:
iii. "The child shall be entitled from his birth to a name and a nationality".
iv. Universal Declaration Of Human Rights Of 1948 – General Assembly: International Law: Article 15:
v. Everyone has the right to a nationality.
vi. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.
vii. The Rights of Indigenous People E/Cn. 4/Sub. 2/1994/2/Add. 1 (1994). Part 1, Article 5,
viii. "Every Indigenous Individual Has The Right To A Nationality."
ix. United States Republic Constitution Article 6 Clause 2, and Morocco Treaty (1787), Supreme Law of the Land
x. Treaty of Peace and Friendship between Morocco and the United States: 1787 / 1836
xi. United States Executive Order 13107: "The Implementation of Human Rights Treaties" endorsed by President Barack Obama

## COMMON LAW NOTARY PRESENTMENT

I Nassor Mooruts Bey, ex. rel., VICTOR LEON WASHINGTON HEREBY CERTIFY that the statements of this VICTIM/PLAINTIFF STATEMENT OF WHAT HAPPENED MARCH 3, 2015 are true and correct.

On this day: 10 of Month: March, 2015

Notary/Seal

Nassor Mooruts Bey, (victim), ex. rel,
VICTOR LEON WASHINGTON
In Propria Persona sui juris
Aboriginal/Indigenous Moorish American National
All Rights Reserved and Retained without Prejudice
(UCC1-207/UCC1-308 UCC 1-103)
c/o: 18790 United States Highway 301 South
Wimauma, Florida [33598]