UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NASSOR MOORUTS BEY, et al.,

    Plaintiffs,

v.                                    CASE NO. 8:15-cv-545-T-23EAJ

HILLSBOROUGH COUNTY, et al.,

    Defendants.

_____/

## **ORDER**

    The plaintiffs' response (Doc. 20) is **STRICKEN**.  The plaintiffs fail to comply with Local Rule 1.05(a), which requires double-spacing (not 1.7 or 1.9 but 2.0 spaces between lines); twelve-point font (thirteen-point is better); 1.25-inch top, bottom, and left margin; and a 1- to 1.25-inch right margin.  The plaintiffs also fail to comply with Local Rule 3.01(b), which limits a response to no more than twenty pages.  No later than **APRIL 21, 2015**, the plaintiffs may respond in compliance with the Local Rules.

    Further, the plaintiffs are warned that litigation in federal court is difficult and requires strict compliance with applicable rules, including the Federal Rules of Civil Procedure and the Local Rules.  The plaintiffs' response suffers from deficiencies that suggest the plaintiffs require legal advice and assistance from a member of The

Florida Bar.  The court cannot assist a party, even a *pro se* party, in conducting a case. Therefore, the plaintiffs are strongly advised to consult a member of The Florida Bar.

ORDERED in Tampa, Florida, on April 7, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE